No. 425. GUARNERI *v.* KESSLER, DISTRICT DIRECTOR OF IMMIGRATION, ET AL. November 21, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Ignatius Edward Uzzo* for

petitioner. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Messrs. William W. Barron* and *W. Marvin Smith* for respondents.

